**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01597-CR
No. 05-14-01598-CR

**STEVEN ALAN MORROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause Nos. 063111, 064642**

## ORDER
Before Justices Bridges, Fillmore, and Brown

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandates in these appeals **INSTANTER**.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE